IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT RAMIREZ,

                Petitioner,

    v.

LAWRENCE MAHOLLY, et al.,

                Respondents.

CIVIL ACTION
NO. 17-1027

## ORDER[1]

**AND NOW**, this 26th day of October, 2018, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, with objections filed by Petitioner, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Docket No. 16) is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus (Docket No. 1) is **DENIED** without an evidentiary hearing.

3. The clerk of court is directed to close the case.

**BY THE COURT:**

_s/s JEFFREY L. SCHMEHL, J._
Jeffrey L. Schmehl, J.

---

[1] Petitioner Robert Ramirez included "Lawrence Maholly" as one of the Respondents in his § 2254 Petition. It appears Petitioner intended to name the Superintendent of SCI Dallas, Lawrence Mahally, and simply misspelled his last name. Accordingly, this Court will keep "Lawrence Maholly" in the case caption to avoid any confusion.